**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-6115

DENNIS LEE BARNES,

Plaintiff - Appellant,

v.

LARRY HUFFMAN; A. DAVID ROBINSON; RANDY FLEENOR; SERGEANT YOUNG;
INVESTIGATOR STILL; P. SCARBERRY, Institutional Food Service
Director at WRSP; A. SCHUPE; J. SALYER, Institutional
recreational supervisor at WRSP; B.J. RAVIZEE, Institutional
grievance coordinator at WRSP,

Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke. Glen E. Conrad, District Judge.
(7:06-cv-00745-gec-mfu)

Submitted: April 24, 2008          Decided: April 29, 2008

Before KING and SHEDD, Circuit Judges, and WILKINS, Senior Circuit
Judge.

Affirmed by unpublished per curiam opinion.

Dennis Lee Barnes, Appellant Pro Se. Susan Bland Curwood, OFFICE
OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dennis Lee Barnes appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  <u>Barnes v. Huffman</u>, No. 7:06-cv-00745-gec-mfu (W.D. Va. filed Nov. 6, 2007, entered Nov. 7, 2007; filed Dec. 3, 2007, entered Dec. 4, 2007).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>